# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAZEL STAFFORD, on behalf of herself and all others similarly situated,** ) ) ) ) | |
| ) | **8:05CV535** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| vs. ) ) | |
| **WAL-MART STORES, INC. and SAM'S WEST, INC.,** ) ) ) | |
| **Defendants.** ) | |

The parties' Rule 26(f) reporting deadline was previously set for February 16, 2006. The defendants subsequently responded to the complaint by filing a Motion to Dismiss (#11). On the court's own motion,

**IT IS ORDERED** that the February 16, 2006 deadline is hereby suspended pending the district court's ruling on the Motion to Dismiss (#11). If the case is not dismissed, the parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within **thirty (30) days** after the district court's ruling.

**DATED February 3, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**