# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAZEL STAFFORD**, on behalf of herself and others similarly situated, | CASE NO. 8:05CV535 |
| **Plaintiff**, | |
| vs. | ORDER |
| **WAL-MART STORES, INC.**, and **SAM'S WEST, INC.**, | |
| **Defendants**. | |

This matter is before the Court on the Plaintiff's motion for an extension of time to respond to the Defendants' Motion to Dismiss. The motion seeking the extension of time was filed on February 16, 2006, well in advance of the original deadline for responding, which is February 27, 2006. The Defendants have not filed an objection to the motion. I have considered the Plaintiff's reasons for seeking additional time, and I find that the motion should be granted.

IT IS ORDERED:

1. Plaintiff's Motion for Enlargement of Time (Filing No. 14) is granted; and

2. Plaintiff shall respond to the Defendants' Motion to Dismiss on or before April 28, 2006.

Dated this 24th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge