JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 14 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1735

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

8:05cv535

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, ___F.Supp.2d___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 22 2006

OFFICE OF THE CLERK

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MAINE** | |
| ME 2 06-6 | Anthony Woods v. Wal-Mart Stores, Inc., et al. |
| **MONTANA** | |
| MT 9 06-3 | Rebecca Cole v. Wal-Mart Stores, Inc., et al. |
| **NEBRASKA** | |
| NE 8 05-535 | Hazel Stafford v. Wal-Mart Stores, Inc., et al. *transfer* |
| **UTAH** | |
| UT 2 06-61 | Norma Jean Williams v. Wal-Mart Stores, Inc., et al. |
| **WYOMING** | |
| WY 2 05-277 | Mark W. Curless v. Wal-Mart Stores, Inc., et al. |

## INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1735
## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Gene Carter
U.S. District Judge
Edward T. Gignoux Fed. Courthouse
156 Federal Street
Portland, ME 04101

Hon. Alan B. Johnson
U.S. District Judge
2242 Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309