JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 4 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1735*

*8:05cv535*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, ____F.Supp.2d____ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 3 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

APR 0 3 2006

CLERK
U.S. DISTRICT COURT
OMAHA

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1735
## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

MAINE
  ME   2   06-6            Anthony Woods v. Wal-Mart Stores, Inc., et al.

MONTANA
  MT   9   06-3            Rebecca Cole v. Wal-Mart Stores, Inc., et al.

NEBRASKA
  NE   8   05-535          Hazel Stafford v. Wal-Mart Stores, Inc., et al.

UTAH
  UT   2   06-61           Norma Jean Williams v. Wal-Mart Stores, Inc., et al.

WYOMING
  WY   2   05-277          Mark W. Curless v. Wal-Mart Stores, Inc., et al.

## INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1735
## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Bradley D. Bonner
Bonner Stinson
P.O. Box 799
Powell, WY 82435

Lee Bruner
Poore, Roth & Robinson
1341 Harrison Avenue
Butte, MT 59701-4898

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Christopher R. Hedican
Baird, Holm Law Firm
1500 Woodmen Tower
Omaha, NE 68102

Daniel J. Mitchell
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Glen W. Neeley
Burdett, Neeley & Davis, PLLC
863 E. 25th Street
Ogden, UT 84401

Ivy L. Frignoca
Lambert & Coffin
477 Congress Street
14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Gary R. Scott
Hirst & Applegate
P.O. Box 1083
Cheyenne, WY 82003-1083

Cynthia K. Smith
Cynthia K. Smith, P.C.
P.O. Box 7785
Missoula, MT 59807-7785

Kathleen Weron Toth
Manning Curtis Bradshaw & Bednar, LLC
3rd Floor Newhouse Building
10 Exchange Pl.
Salt Lake City, UT 84111

Marcia A. Washkuhn
Kutak, Rock Law Firm
1650 Farnam Street
Omaha, NE 68102-2186

Christopher P. Welsh
Welsh, Welsh Law Firm
2027 Dodge Street
Suite 400
Omaha, NE 68102

**INVOLVED JUDGES LIST (CTO-1)**
**DOCKET NO. 1735**
**IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Gene Carter
U.S. District Judge
Edward T. Gignoux Fed. Courthouse
156 Federal Street
Portland, ME 04101

Hon. Alan B. Johnson
U.S. District Judge
2242 Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309

## INVOLVED CLERKS LIST (CTO-1)
## DOCKET NO. 1735
## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Stephan Harris, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101